UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VITALIY GOFMAN

Plaintiff(s),

CASE NO. 09-CV-03287

v.

CENTRAL CREDIT SERVICES, INC.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline

Dated: 11/4/09

Nicholas Bontrager
Attorney for Plaintiff

Dated: 11/4/09

Christopher Holt
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
x  Mediation
    Private ADR

Deadline for ADR session
   x 90 days from the date of this order.
     other

IT IS SO ORDERED.

Dated:   11/13/09

_____
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE

Christopher D. Holt, Bar No. 228399
W. Jason Scott, Bar No. 222204
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
CENTRAL CREDIT SERVICES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VITALIY GOFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No.   CV 093287 CW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date<br>Time:<br>Courtroom:    2, 4th Floor<br>Judge:           Claudia Wilken<br>Magistrate Judge:<br>Complaint Filed:  July 17, 2009<br>Trial Date:       None set |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, California, and my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California 92707.

On **November 10, 2009**, I caused to be served the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Santa Ana, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐     By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 10, 2009, at Santa Ana, California.


/s/Carrie L. Gagne
Carrie L. Gagne

- 3 -

CERTIFICATE OF SERVICE

Service List
Vitaliy Gofman v. Central Credit Services, Inc.
3972-5005

| Nicholas J. Bontrager, Esq.<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Blvd., Suite 401<br>Los Angeles, CA 90025 | T: (323) 988-2400<br>F: (866) 802-0021<br><br>Attorneys for Plaintiff<br>VITALIY GOFMAN |
|---|---|

841049v1

CERTIFICATE OF SERVICE